**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    James Patrick Gregg                    Case # 04-14204-RGM
    and
    Maude Fransen Gregg

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| JAMES PATRICK GREGG<br>5935 Bayshire Road<br>Springfield, VA 22152-1147 | $9.37 |

Dated:      June 24, 2010      __/s/Thomas P. Gorman _____
                                               Thomas P. Gorman
                                               300 North Washington Street, Ste. 400
                                               Alexandria, VA 22314
                                               (703) 836-2226
                                               VSB#26421